**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

VOLKSWAGEN OF AMERICA, INC.,

       *Plaintiff,*

  *v.*

MHL TEK, LLC; ANIMATRONICS, INC.; MCLAUGHLIN ELECTRONICS, INC.; MICHAEL HANDFIELD, and HELENE LALIBERTE,

       *Defendants.*

Civil Action No.  5:07-CV-14992

HON. JOHN CORBETT O'MEARA

---

MILLER, CANFIELD, PADDOCK AND STONE , P.L.C.
Marjory J. Basile (P30358)
basile@millercanfield.com
Attorneys for Plaintiff
Volkswagen of America, Inc.
Catherine T. Dobrowitsky (P63245)
dobrowitsky@millercanfield.com
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone:  (313) 963-6420
Facsimile:  (313) 496-8454

KENYON & KENYON LLP
Michael J. Lennon
mlennon@kenyon.com
One Broadway
New York, NY 10004
Telephone:  (212) 425-7200
Facsimile:  (212) 425-5288

Gary D. Bruhn (P30414)
gbruhn@rxdispense.com
40797 Lenox Park Drive
Novi, Michigan 48377
Telephone: (248) 541-5548
Facsimile:(248) 928-0476

MORRISON & FOERSTER LLP
David C. Doyle (CA State Bar No 70690)
ddoyle@mofo.com
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone:  (858) 720-5100
Facsimile:  (858) 720-5125

---

**APPEARANCE OF GARY D. BRUHN**

sd-430892

- 2 -

PLEASE TAKE NOTICE that Gary D. Bruhn hereby enters his appearance as counsel for defendants MHL Tek, LLC, Animatronics, Inc., Michael Handfield, and Helene Laliberte.

| | |
|---|---|
| Dated: June 25, 2008 | By:   /s/ Gary D. Bruhn   <br>Gary D. Bruhn<br>gbruhn@rxdispense.com<br><br>Gary D. Bruhn (P30414)<br>gbruhn@rxdispense.com<br>40797 Lenox Park Drive<br>Novi, Michigan 48377<br>Telephone:  (248) 541-5548<br>Facsimile:   (248) 928-0476<br><br>David C. Doyle, CA State Bar No 70690<br>ddoyle@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, California  92130-2040<br>Telephone:        858.720.5100<br>Facsimile:858.720.5125<br><br><br>Attorney for Defendants MHL TEK, LLC; ANIMATRONICS, INC.; MICHAEL HANDFIELD, AND HELENE LALIBERTE |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system, which will send electronic notice to the following attorneys of record:

Marjory G. Basile (P-30358)
basile@millercanfield.com

Catherine T. Dobrowitsky (P-63245)
dobrowitsky@millercanfield.com; baldwin@millercanfield.com

Michael J. Lennon (NY-1160506)
mlennon@kenyon.com

                                                  /s/ Gary D. Bruhn
                                                  Gary D. Bruhn
                                                  gbruhn@rxdispense.com

sd-430892