UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VOLKSWAGON OF AMERICA, INC.,

    Plaintiff,                                       Case No. 07-14992

v.

                                              Hon. John Corbett O'Meara

MHL TEK, LLC., ANIMATRONICS, INC.,
MCLAUGHLIN ELECTRONICS, INC.,
MICHAEL HANDFIELD, AND
HELEN LALIBERTE

    Defendants.
_____/

## ORDER OF PARTIAL DISMISSAL

On January 25, 2008, Plaintiff filed an amended complaint alleging the following causes of action: Count I, Unfair Competition under Michigan Common Law; Count II, Defamation and Trade Dispargement under Michigan Common Law; Count III, Abuse of Process under Michigan Common Law; Count IV, Violation of the Lanham Act, pursuant to 15 U.S.C. § 1125(a); Count V, Declaratory Judgment of Non-Infringement; Count VI, Declaratory Judgment of Patent Invalidity; and Count VII, Declaratory Judgment of Patent Unenforceability . Plaintiffs do not allege that diversity jurisdiction exists.  Although Counts IV through VII are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law.  This court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims so as to avoid jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Counts I, II, and III of Plaintiff's amended

complaint are DISMISSED.

                                                                                         s/John Corbett O'Meara
                                                                                          United States District Judge

Date:  June 30, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 30, 2008, by electronic and/or ordinary mail.

                                                                                          s/William Barkholz
                                                                                          Case Manager